

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2019

No. 04-19-00235-CR

Nathan Manuel **CANALES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-07-12935-CR
Honorable H. Paul Canales, Judge Presiding

# O R D E R

Appellant's unopposed first motion for an extension of time to file the appellant's brief is granted. We order counsel for appellant, Teresa Dunsmore, to file the appellant's brief by August 26, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court